IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL J. SMITH,

  Plaintiff,

    v.              Case No. 15-cv-736 JPG/DGW

THE KANSAS CITY SOUTHERN RAILWAY
COMPANY,

  Defendant.

## MEMORANDUM AND  ORDER

  This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 24).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action

without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented

a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is

**DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: February 22, 2017

         *s/J. Phil Gilbert*
         UNITED STATES DISTRICT JUDGE